# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-1392 (ABJ) |
| DEPARTMENT OF JUSTICE, | * * | |
| Defendant. | * * | |

* * * * * * * * * * * * * *

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Plaintiffs, The James Madison Project and Josh Gerstein ("Plaintiffs"), respectfully request that this Court take judicial notice of the ruling recently issued by U.S. District Court Judge Amit P. Mehta. See James Madison Project, et al. v. Dep't of Justice, et al., 2018 U.S. Dist. LEXIS 139553 (D.D.C. Aug. 16, 2018).

Date: August 30, 2018

Respectfully submitted,

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C.  20036
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs