**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-1392 (ABJ) |
| DEPARTMENT OF JUSTICE, | * * | (ORAL ARGUMENTS REQUESTED) |
| Defendant. | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**
**AND FOR ORAL ARGUMENTS**

NOW COME the plaintiffs, The James Madison Project and Josh Gerstein (referred to jointly as the "Plaintiffs"), to respectfully move the Court for leave to supplement the factual record with new relevant and material information, as well as a request for this Court to convene oral arguments in this matter. Although the Plaintiffs still do not concede they are obligated to seek leave of this Court to supplement the record, given concerns previously raised by the defendant Department of Justice ("DOJ"), see Dkt. #20 (filed January 23, 2018), this motion is being filed out of an abundance of caution. The undersigned conferred with Government counsel regarding this two-part motion, and DOJ has indicated that it takes no position regarding supplementing the record but that it opposes the Plaintiffs' motion with respect to oral arguments.

This Court retains the authority under Federal Rule of Civil Procedure 15(d) to permit a party to supplement the record setting out any transaction, occurrence or event that happened after the date of the pleading to be supplemented. See Sai v. Transp. Sec. Admin., 155 F. Supp. 3d 1, 7 (D.D.C. 2016). A motion to supplement the pleadings is to

be "freely granted when doing so will promote the economic and speedy disposition of the entirety controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of any of the other parties to the action." See Hall v. CIA, 437 F.3d 94, 101 (D.C. Cir. 2006).

On the morning of August 30, 2018, President Trump issued the following tweet:

> The only thing James Comey ever got right was when he said that President Trump was not under investigation!

*https://twitter.com/realDonaldTrump/status/1035134150590783489* (last accessed August 30, 2018).

The Plaintiffs respectfully request that this Court incorporate this supplemental information into the existing factual record as an official disclosure of relevant and material information.

The Plaintiffs further respectfully request that this Court schedule oral arguments in this action at its earliest convenience and availability. The parties completed briefing approximately nine months ago. During that time, the President has made several subsequent official disclosures of information that are relevant and material to this legal dispute, while his personal attorneys have been making a public case defending his innocence and confirming ongoing discussions about a possible interview with Special Counsel Robert Mueller. Meanwhile, the Government in the present case continues to refuse to confirm or deny the existence or non-existence of records even indicating if the Department of Justice has informed the President whether he is or ever was a target of, subject of or material witness to the ongoing "Russian collusion" or "obstruction of justice" probes.

The Plaintiffs submit that continued delay of a resolution of the present case is not in the public's best interests or the interests of justice.

A proposed order accompanies this motion.

Date: August 31, 2018

Respectfully submitted,

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C.  20036
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs