# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 17-1392 (ABJ) |
| DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

## ORDER

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. # 11] is **GRANTED** and plaintiffs' Cross-Motion for Partial Summary Judgment [Dkt. # 13] is **DENIED**. This is a final appealable order.

**SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

DATE:   September 7, 2018